IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Magistrate No. 06 - 150 |
| Plaintiff, | ) |
| | ) Magistrate Lisa Pupo Lenihan |
| v. | ) |
| | ) |
| WARREN GREEN, | ) |
| | ) |
| Defendant. | ) |

O R D E R

AND NOW, this 21st day of April, 2006,

IT IS HEREBY ORDERED that the government's motion for detention is granted pending further consideration if and when the issue of bail becomes relevant.

_____
Lisa Pupo Lenihan
United States Magistrate Judge

cc:   All counsel of record.

FILED

APR 2 1 2006

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA